# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the matter of:<br><br>Youngjae Sun<br><br>                                    Debtor. | Chapter 13<br>Case No.: 24-20581-SLM |

## NOTICE OF APPEAL

Appellant: Sharron Kim, Creditor in the above case.

Subject of this appeal: ECF Nos. 51, 52 (ORDER (I) GRANTING MOTION TO DISMISS; (II) DENYING MOTION TO CONVERT; AND (III) IMPOSING A TWO-YEAR FILING BAR, and its underlying opinion).

Parties:
Appellant: Sharron Kim, c/o her attorney (Michael) Hyunkweon Ryu, 301 Maple Ave West, Suite 620, Vienna, VA 22180; Tel: 703 319 0001; email: bkrnr@ryulawgroup.com

Appellee: Youngjae Sun, c/o (presumably) Jae Y. Kim, Esq., 1630 Center Avenue, Fort Lee, NJ 07024, Tel: 201 488 8600; email: jyklaw@gmail.com, jkim@jyklaw.com

Date: Oct. 13, 2025

By Sharron Kim

Through her counsel:

/s/ (Michael) Hyunkweon Ryu
(Michael) Hyunkweon Ryu
301 Maple Ave West
Suite 620
Vienna, VA 22180

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In the matter of:<br><br>Youngjae Sun<br>Debtor. | Chapter 13<br>Case No.: 24-20581-SLM |

**Certificate of Service**

I hereby certify that this Notice of Appeal and this certificate was served on October 13, 2025 as follows:

Chapter 13 Trustee, Marie-Ann Greenberg
magecf@magtrustee.com

Jae Y. Kim on behalf of Debtor Youngjae Sun
jyklaw@gmail.com, jkim@jyklaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

                                                               /s/ (Michael) Hyunkweon Ryu
                                                               (Michael) Hyunkweon Ryu