

**Order Filed on September 29, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| In Re:<br><br>Youngjae Sun<br><br>Debtor. |

| | |
|---|---|
| Case No.: | 24-20581-SLM |
| Chapter: | 13 |
| Judge: | Stacey L. Meisel |

**ORDER (I) GRANTING MOTION TO DISMISS; (II) DENYING MOTION TO CONVERT; AND (III) IMPOSING A TWO-YEAR FILING BAR**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: September 29, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**THIS MATTER** having been brought before the Court on an oral request to voluntarily dismiss the Chapter 13 case (the "**Motion to Dismiss**"), brought by Youngjae Sun (the "**Debtor**") and a *Creditor's Motion to Convert Debtor's Case to Chapter 7* (the "**Motion to Convert**"), brought by creditor, Sharron Kim (the "**Creditor**") (ECF No. 21); and the Debtor having filed a *Certification of Debtor in Support of Application to Dismiss Chapter 13 Case and In Opposition to Motion to Convert Case to Chapter 7* (ECF No. 27); and the Debtor having filed a *Memorandum of Law in Support of his Application to Dismiss Chapter 13 Case in Opposition to Motion to Convert Case to Chapter 7* (ECF No. 28); and the Creditor having filed *Creditor Sharron Kim's Brief in Support of Motion to Convert debtor's Chapter 13 Case to Chapter 7* (ECF No. 29); and the Creditor having filed an *Errata to Creditor Sharron Kim's Brief* (ECF No. 30); and the Creditor having filed *Creditor Sharron Kim's Reply to Debtor's Opposition brief to Creditor's Motion to Convert Debtor's Chapter 13 Case to Chapter 7* (ECF No. 31); and the Court having held an Evidentiary Hearing on March 3, 2025, March 19, 2025, and April 28, 2025; and the Court having considered the oral arguments and pleadings; and for good cause shown; and for the reasons set forth in (ECF No.51);

It is hereby

    **ORDERED** that the Motion to Dismiss is **GRANTED**; and it is further

    **ORDERED** that the Motion to Convert is **DENIED**; and it is further

    **ORDERED** that the Debtor is barred from filing another bankruptcy case for himself for two (2) years from the date of the entry of this Order; and it is further

**ORDERED** that if the Debtor files an individual bankruptcy case within two (2) years of the date of the entry of this Order, then the case shall be immediately dismissed without further notice and the two-year bar shall immediately reset and begin again.[1]

---

[1] The purpose of this provision is to ensure that the bar remains in place for a two-year uninterrupted period.

Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  24−20581−SLM
          Chapter:  13
          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Youngjae Sun
   137 Parish Drive
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−6664

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/29/25.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 29, 2025
JAN: ntp

                                               Jeanne Naughton
                                               Clerk